# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Michael Armstrong | ) Case No: 3:06CR00038-010 |
| | ) USM No: 08356-028 |
| Date of Original Judgment: 07/09/2007 | ) |
| Date of Previous Amended Judgment: | ) Sara Varner |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  121  months **is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By  /s/ Dina M. Doyle
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  07/09/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  6/03/2013

*Judge's signature*

Effective Date:  _____ *
*(if different from order date)*

The Honorable Richard L. Young
*Printed name and title*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.